**IT IS ORDERED as set forth below:**


**Date: March 22, 2021**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | : | **CASE NUMBER:** |
| | : | |
| **KYLE ANTHONY BRAZIS,** | : | **20-68663-SMS** |
| | : | |
| **Debtor.** | : | CHAPTER 7 |
| | : | |
| **ROBERT J. BRYANT,** | : | **ADVERSARY PROCEEDING NO.:** |
| | : | |
| **Plaintiff**, | : | |
| | : | **20-06254-SMS** |
| v. | : | |
| | : | |
| **KYLE ANTHONY BRAZIS,** | : | |
| | : | |
| **Defendant**. | : | |

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**

Before the Court is the *Response to Complaint and Motion to Dismiss for Failure to State*

*a Claim* (the "Motion," Doc. 6), [1] filed by Defendant on December 10, 2020 (Doc. 3). In the

_____

[1] Unless otherwise specified, docket citations reference the adversary proceeding (Case Number 20-06254-SMS).

Motion, Defendant seeks "dismissal of the claim seeking that discharge be denied under 11 U.S.C. § 727" (Motion at ¶ 15). But as Plaintiff clarified in the *Response to Defendant's Motion to Dismiss for Failure to State a Claim* (the "Response," Doc. 7), "Plaintiff is not seeking any relief under 11 U.S.C. § 727 . . . ." (Response at 2). Indeed, in the *Complaint for Denial of Discharge* (the "Complaint," Doc. 1), Plaintiff merely states that he "is entitled to a ruling that his Judgment against Debtor is excepted pursuant to 11 U.S.C. § 523(a)(2)(A) from any discharge granted to Debtor under 11 U.S.C. § 727 in this case" (Complaint at ¶ 10). Given this language and the clarification given in the Response, the Court finds that the relief sought in the Motion is unnecessary and the Motion should therefore be denied as moot. Accordingly, it is

**ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** as **MOOT.**

The Clerk is directed to serve a copy of this Order upon Plaintiff, Defendant, their respective counsel, the chapter 7 trustee, and the United States trustee.

**END OF DOCUMENT**