**IT IS ORDERED as set forth below:**

**Date: June 16, 2021**

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | NO. 20-68663-SMS |
| KYLE ANTHONY BRAZIS | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| ROBERT J. BRYANT | ) | |
| | ) | |
| Plaintiff, | ) | ADVERSARY CASE |
| | ) | NO. 20-06254-SMS |
| v. | ) | |
| KYLE ANTHONY BRAZIS | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER

COME NOW Plaintiff and Defendant and represent to this Court that the Parties have agreed on the disposition of this matter and wish the same be made an Order of the Court:

IT IS HEREBY ORDERED that, pursuant to 11 U.S.C. § 523, the judgment entered against Defendant Kyle Anthony Brazis on or about November 21, 2019 by the State Court of

Cherokee Count in Civil Action File Number 19-SCE-0489-ADM is declared non-dischargeable, and the same shall not be impacted or impaired by any discharge granted to Defendant under any and all United States bankruptcy statutes.

CONSENTED TO BY:

| | |
|---|---|
| */s/ David J. Merbaum* | */s/ Jamel Harvey* |
| David J. Merbaum | Jamel Harvey |
| Georgia Bar No. 006700 | Georgia Bar Number: 128833 |
| dmerbaum@mbpclaw.com | Jamel.Harvey @kingkingllc.com |
| Andrew J. Becker | **Attorney for Defendant** |
| Georgia Bar No. 142595 | King & King Law LLC |
| abecker@mbpclaw.com | 215 Pryor Street |
| **Attorneys for Plaintiff** | Atlanta, Georgia 30303 |
| Merbaum & Becker, P.C. | Telephone:    (404) 524-6400 |
| 5755 North Point Parkway, Suite 284 | |
| Alpharetta, Georgia 30022 | |
| Telephone:    (678) 393-8232 | |
| Facsimile:      (678) 393-0410 | |

END OF DOCUMENT